# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | MDL CASE 09-2074-PSG<br>CV 09-1886-PSG (CTx)<br>CV 09-2039-PSG (CTx)<br>CV 09-2488-PSG (CTx)<br>CV 09-4223-PSG (CTx)<br>CV 09-4510-PSG (CTx)<br>CV 09-4783-PSG (CTx)<br>CV 09-5457-PSG (CTx)<br>CV 09-5863-PSG (Ctx)<br>CV 09-6079-PSG (CTx)<br>CV 09-6725-PSG (CTx)<br>CV 09-6726-PSG (CTx) | Date: | Sept. 30, 2009 |
|---|---|---|---|
| Title: | In Re Wellpoint, Inc., Out-of-Network " UCR" Rates Litigation<br>Michael Roberts v. UnitedHealth Group, Inc., et al.<br>American Medical Association et al v. Wellpoint Inc.<br>J.B.W. v. UnitedHealth Group, Inc. et al.<br>S. Higashi v. Blue Cross of California<br>North Peninsula Surgical Center, L.P. v. Wellpoint, Inc. et al.<br>Michael Pariser v. Wellpoint, Inc.<br>Downey Surgical Clinic, Inc. v. Ingenix, Inc. et al.<br>Ken Unmacht v. Wellpoint, Inc.<br>Darryl Samsell, et al. v. Wellpoint, Inc. et al.<br>American Podiatric Medical Association, et al v. Wellpoint, Inc.<br>Bernard, et al. v. Wellpoint, Inc. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

| Proceedings (In Chambers): | **SETTING STATUS CONFERENCE** |
|---|---|

PLEASE BE ADVISED that on the Court's own motion a status conference is hereby set for **Monday, November 9, 2009 at 3:30 p.m.**

Parties shall submit a proposed case management order **14 days** before the status conference. The proposed case management order shall be filed under the MDL case: **MDL 09-2074-PSG.**

Parties are reminded that mandatory chambers copies of all electronically filed documents must be delivered directly to Chambers the following business day before Noon.  Furthermore, all copies shall include the E-Filed Header and/or the Notice of Electronic Filing.  Failure to comply may result in monetary sanctions.

|  | Initials of Preparer | WKH |
|---|---|---|