Name & Address:
Raymond P. Boucher, Esq. (SBN 115364)
boucher@kbla.com
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-444

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION<br><br>PLAINTIFF(S)<br>V.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>MDL 09-2074<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
First Consolidated Amended Complaint

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*):
   Pursuant to General Order 08-02

| November 2, 2009 | /S/ Raymond P. Boucher |
|---|---|
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).