# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | MDL CASE 09-2074-PSG | Date: | November 9, 2009 |
|---|---|---|---|
| Title: | In Re: Wellpoint, Inc., Out-of-Network " UCR" Rates Litigation | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Ray Boucher; Mark Todzo; Janet Spielberg; Chris Burke; Joe Kravec, Jr.; Michael Dodge; Andrew Friedman; Edith Kallas; Joe Guglielmo; Michael Eyerly; Joe Whatley, Jr.; Chris Ridout; Nicholas Roth; Helen Zukin; Paul Weiss; Jeffrey Leon; Stephen Herman; D. Brian Hufford; Jonathan Shub; Peter Bisio; Elizabeth Arleo

Attorneys Present for Defendants:

Christopher Pace
Craig Hoover
Desmond Hogan

Proceedings: **STATUS CONFERENCE**

The Court starts by questioning counsel on the Case Management Order filed October 30, 2009.

Next, defense counsel represent to the Court of the parties' proposed agreement with respect to page limitations on the defendant's soon-to-be-filed motion to dismiss. In addition, parties inform the Court that a RICO statement will also be filed.

Finally, the Court informs counsel that the related cases shall continue to remain open until they are officially consolidated.

0 : 10

Initials of Preparer    wkh