Raymond P. Boucher, Esq. (SBN 115364)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California  90211
Telephone:  (310) 854-4444
Facsimile:   (310) 854-0812
Email: boucher@kbla.com

E-FILED 05/17/10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

American Medical Association, et al.,

Plaintiff(s)

v.

Wellpoint, Inc.

Defendant(s).

CASE NUMBER

2:09-ml-02074-PSG- CT

ORDER ON
APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC
CASE

The Court, having reviewed the accompanying Application of __Martha J. Fessenden__,
*Applicant's Name*

of __Doffermyre Shields Canfield & Knowles, LLC, 1355 Peachtree Steet, N.E., Suite 1600, Atlanta, Georgia 30309__
*Firm Name / Address*

(404) 881-8900                           mfessenden@dsckd.com
*Telephone Number*                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ∫ Plaintiff    ☐ Defendant

American Medical Association, et al. v. Wellpoint, Inc., et al.

and the designation of __Raymond P. Boucher/ Bar No. 115364__
*Local Counsel Designee /State Bar Number*

of __Kiesel Boucher Larson LLP, 8648 Wilshire Boulevard, Beverly Hills, CA 90211__
*Local Counsel Firm / Address*

(310) 854-4444                           boucher@kbla.com
*Telephone Number*                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    x GRANTED

    ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated _____           _____
                                         U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**