Craig A. Hoover, SBN 113965
Peter R. Bisio, *pro hac vice*
E. Desmond Hogan*, pro hac vice*
Miranda L. Berge, *pro hac vice*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600 / Fax: (202) 637-5910
craig.hoover@hoganlovells.com
peter.bisio@hoganlovells.com
desmond.hogan@hoganlovells.com
miranda.berge@hoganlovells.com

Julie A. Shepard, SBN 175538
David R. Singer, SBN 204699
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600 / Fax: (310) 785-4601
julie.shepard@hoganlovells.com
david.singer@hoganlovells.com

*Attorneys for the WellPoint Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION | Master Consolidated Case File No. 2:09-ml-02074-PSG<br><br>**THE WELLPOINT DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS OF ENJOINED PLAINTIFFS UNDER FED. R. CIV. P. 12(b); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Proposed Order and Declaration filed concurrently herewith]<br><br>Date: July 25, 2011<br>Time: 1:30 p.m.<br>Ctrm: 880<br>Judge: Hon. Philip S. Gutierrez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 25, 2011, at 1:30 p.m., or as soon thereafter as the matter can be heard by the Honorable Philip S. Gutierrez in Courtroom 880 of this Court, located at 255 East Temple Street, Los Angeles, CA 90012, the WellPoint Defendants will, and hereby do, move this Court for an order dismissing the claims asserted in this action by Dr. Stephen D. Henry, Dr. James G. Schwendig, Dr. Carmen M. Kavali, the California Medical Association, the Medical Association of Georgia, the Connecticut State Medical Society, and the North Carolina Medical Society (collectively the "Enjoined Plaintiffs") for the reasons set forth in this Motion.

This Motion is made pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and is based upon this Notice of Motion and Motion, the incorporated Memorandum of Points and Authorities and attached exhibit, all the pleadings and papers on file herein, and such other matters as may be presented to the Court or otherwise at or before the time of hearing. Specifically, the WellPoint Defendants move to dismiss the claims of the Enjoined Plaintiffs because they are enjoined and barred under the terms of the WellPoint Defendants' settlement in the *In Re Managed Care Litigation* (MDL-1334), as determined by Chief Judge Federico A. Moreno of the United States District Court of the Southern District of Florida (the "Florida Court") in his March 8, 2011 Order. That Order requires the Enjoined Plaintiffs to dismiss their claims in this action or be held in contempt. *See* Order Adopting Magistrate Judge's Report and Recommendation and Granting Motion to Enforce Injunction ("March 8 Order") [MDL 00-1334, D.E. 6190] at 1-2.

//

//

//

//

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 7, 2011.

Dated: June 20, 2011                                    HOGAN LOVELLS US LLP


By:_____/s/_____
                David R. Singer

Julie A. Shepard, SBN 175538
David R. Singer, SBN 204699
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 785-4600
Fax:  (310) 785-4601
julie.shepard@hoganlovells.com
david.singer@hoganlovells.com

Craig A. Hoover, SBN 113965
Peter R. Bisio
E. Desmond Hogan
Miranda L. Berge
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax:  (202) 637-5910
craig.hoover@hoganlovells.com
peter.bisio@hoganlovells.com
desmond.hogan@hoganlovells.com
miranda.berge@hoganlovells.com

*Attorneys for the WellPoint Defendants*

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 8, 2011, the Florida Court ordered that the Enjoined Plaintiffs are barred from asserting their claims in this litigation because those claims are enjoined by the settlement agreement reached in the *In re Managed Care Litigation*, 00-MD-1334-MORENO (S.D. Fla.).  *See* Order Adopting Magistrate Judge's Report and Recommendation and Granting Motion to Enforce Injunction ("March 8 Order") [MDL 00-1334, D.E. 6190] at 1-2.  To date, only one of the Enjoined Plaintiffs, the American Medical Association ("AMA"), has acted in compliance with the March 8 Order by dismissing and ceasing to prosecute its enjoined claims.  *See* Request for Dismissal [D.E. 208].  The remaining enjoined provider and association Plaintiffs have failed to dismiss their claims.  Presented with essentially the same circumstances, the United States District Court for the District of New Jersey recently dismissed without prejudice the claims of similarly enjoined provider and association plaintiffs.  The WellPoint Defendants respectfully request that this Court similarly dismiss the claims of the Enjoined Plaintiffs.

On the same day it issued the March 8 Order regarding the Enjoined Claims asserted against WellPoint, the Florida Court also issued a substantively identical order barring provider and association plaintiffs from asserting claims against another health insurer, Aetna, in another "UCR" multidistrict litigation pending in the District of New Jersey that was brought by many of the same counsel who represent plaintiffs here, the *In re Aetna UCR Litigation*, MDL 2020, Master File No. 07-3541 (FSH) (PS) (D.N.J.).  *See* Aetna Order, 00-1334 [D.E. 6189] (S.D. Fla. Mar. 8, 2011).  In response to that order, just as in this case, the AMA moved to dismiss its enjoined claims in the *Aetna* litigation, but the other association and provider plaintiffs sought to "informally stay" the claims – purportedly to avoid being held in

contempt.  *See* Letter, MDL 2020 [D.E. 763] (D.N.J. Mar. 25 2011).[1]

Just as this Court granted the AMA's motion to dismiss its claims (*see* Dismissal Order [D.E. 214]) and denied the remaining enjoined association and providers' motion to stay (Order Denying request to Say [D.E. 218]), so too did the New Jersey court in Aetna.  Hochberg Order, MDL 2020, Master File No. 07-3541 [D.E. 771] (May 9, 2011) attached as Exhibit A to the Declaration of Miranda Berge. In her May 9, 2011 Order, Judge Hochberg went on to dismiss "[a]ll claims asserted against Aetna in this action that are subject to the injunction issued by the Honorable Federico Moreno are dismissed . . . without prejudice to the re-filing of the claims enjoined by Judge Moreno in the event that a subsequent ruling by the Eleventh Circuit . . . establishes that the claims are not barred by the Managed Care settlement."  Hochberg Order at 2, 07-3541 [D.E. 771].

As in *Aetna*, the claims of the Enjoined Plaintiffs in this action "that are subject to the injunction[s] issued by the Honorable Federico Moreno in *In re Managed Care Litigation*" are also subject to dismissal.  Both the Enjoined Plaintiffs here and the association and provider plaintiffs in *Aetna* are subject to substantively similar injunctions issued by Judge Moreno in the *In re Managed Care* litigation. Accordingly, just as Judge Hochberg dismissed the claims in *Aetna*, WellPoint

---

[1]  The Florida Court's March 8 Order also applied to Dr. Melamed, whose individual state court lawsuit had been removed to federal court, consolidated with this MDL, and stayed.  While Dr. Melamed voluntarily dismissed his claims in this action pursuant to the March 8 Order on March 29, 2011 [D.E. 209], Dr. Melamed subsequently filed a new action in California state court against the WellPoint Defendants on April 15, 2011, in which he asserts the same UCR-based allegations and claims that the Florida Court found to be barred in its March 8 Order.  For that reason, the WellPoint Defendants have moved the Florida Court to direct Dr. Melamed to dismiss his new complaint and hold him in contempt.  WellPoint also has removed the *Melamed* action to this Court and identified it as a related case to the MDL.

respectfully requests that this Court dismiss the Enjoined Plaintiffs' claims in this case without prejudice.

## CONCLUSION

For the foregoing reasons, the Court should dismiss the claims of the Enjoined Plaintiffs without prejudice.

Dated:  June 20, 2011                    HOGAN LOVELLS US LLP


By:_____/s/_____
          David R. Singer

Julie A. Shepard, SBN 175538
David R. Singer, SBN 204699
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 785-4600
Fax:  (310) 785-4601
julie.shepard@hoganlovells.com
david.singer@hoganlovells.com

Craig A. Hoover, SBN 113965
Peter R. Bisio
E. Desmond Hogan
Miranda L. Berge
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax:  (202) 637-5910
craig.hoover@hoganlovells.com
peter.bisio@hoganlovells.com
desmond.hogan@hoganlovells.com
miranda.berge@hoganlovells.com

*Attorneys for the WellPoint Defendants*