Name and address:
Raymond P. Boucher, Esq.
KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Tel: (213) 596-6000   Fax: (213) 596-6010
Email: boucher@kbla.com

E-FILED 12/12/13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLPOINT, INC. OUT OF NETWORK "UCR" RATES LITIGATION | CASE NUMBER   Master Consolidated Case File No. 2:09-ml-02074 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Thielmann, Ilze C.                                    of   WHATLEY KALLAS, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   380 Madison Avenue, 23rd Floor
212-447-7060            800-922-4851                        New York, New York 10017
*Telephone Number*       *Fax Number*
ithielmann@whatleykallas.com                                *Firm Name & Address*
           *E-Mail Address*

for permission to appear and participate in this case on behalf of

American Medical Association, et al.

*Name(s) of Party(ies) Represented*        ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel
Boucher, Raymond P.                                    of   KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   444 S. Flower Street, 33rd Floor
Bar No. 115364         213-596-6000                         Los Angeles, California 90071
*Designee's Cal. Bar Number*   *Telephone Number*
                       213-596-6010                         *Firm Name & Address*
                       *Fax Number*                         rboucher@kbsslaw.com
                                                            *E-Mail Address*

hereby ORDERS the Application be:
☐ **GRANTED**.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated  12/12/13

# PHILIP S. GUTIERREZ
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE   Page 1 of 1