UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | MDL09-2074 PSG | Date | January 9, 2015 |
|---|---|---|---|
| Title | IN RE: WELLPOINT, INC. OUT-OF NETWORK "UCR" RATES LITIGATION | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Scheduling Order

After the January 9, 2015 status conference, the Court sets the following schedule:

| | |
|---|---|
| Motion for Leave to File Class Certification Motion: | January 23, 2015 |
| Opposition: | February 6, 2015 |
| Reply: | February 13, 2015 |
| Hearing date: | March 2, 2015 at 1:30 p.m. |

In order to facilitate a more orderly process for summary judgment briefing, the parties shall meet and confer on an appropriate schedule and submit to the Court, one week after the ruling on the Motion for Leave, a proposed schedule for merits expert reports and expert discovery and summary judgment briefing.

IT IS SO ORDERED.