Craig A. Hoover, SBN 113965
E. Desmond Hogan, *pro hac vice*
Peter R. Bisio, *pro hac vice*
Miranda L. Berge, *pro hac vice*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600 / Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
peter.bisio@hoganlovells.com
miranda.berge@hoganlovells.com

Michael M. Maddigan, SBN 163450
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601

*Attorneys for the WellPoint Defendants*

E-FILED: 10/26/2016

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION | Master Consolidated Case File No. 2:09-ml-02074-PSG<br><br>**[~~PROPOSED~~] JUDGMENT** |

Pursuant to (i) the August 11, 2011 Order Granting in Part and Denying in Part Defendants WellPoint, Inc., UnitedHealth Group Inc., and Ingenix Inc.'s Motions to Dismiss, *see* Dkt. #243; (ii) the September 6, 2012 Order Granting in Part and Denying in Part Defendants WellPoint, Inc., UnitedHealth Group Inc., and Ingenix Inc.'s Motions to Dismiss, *see* Dkt. #365; (iii) the July 19, 2013 Order

Granting in Part and Denying in Part Defendants WellPoint, Inc., UnitedHealth Group Inc., and Ingenix Inc.'s Motions to Dismiss, *see* Dkt. #389; (iv) the October 23, 2015 Order Granting Stipulation for Dismissal of All Claims by Plaintiff J.B.W., *see* Dkt. #618; (v) the October 30, 2015 Order Granting Stipulation for Dismissal of All Claims by Plaintiff Michael Roberts, *see* Dkt. #624; (vi) the October 30, 2015 Order Granting Stipulation for Dismissal of All Claims by Plaintiff Rivera-Giusti,[1] *see* Dkt. #625; (vii) the December 9, 2015 Order Granting Stipulation for Dismissal of All Claims by Provider Plaintiffs, *see* Dkt. #640; (viii) the December 9, 2015 Order Granting Stipulation for Dismissal of All Claims by Association Plaintiffs, *see* Dkt. #639; and (ix) the July 19, 2016 Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting Defendants' Motion for Summary Judgment, *see* Dkt. #721,

**IT IS ADJUDGED** that Judgment is entered in favor of Defendants, including WellPoint, Inc. and the other WellPoint Defendants, UnitedHealth Group, Inc., and Ingenix Inc.

**DATED**: __10/25_____, 2016

_____
PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez

---

[1] This order erroneously bears the caption "Order Granting Stipulation for Dismissal of All Claims by Plaintiff Michael Roberts." *See* Dkt. #625.